LISA MAREK *v.* WAYNE GOING

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 557 (AC 20936), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Brian W. Prucker,* in support of the petition.

*Jack G. Steigelfest* and *Todd W. Whitford,* in opposition.

Decided January 3, 2002

MARSHA GORDON *v.* MACELLIS K. GLASS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 852 (AC 21125), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Heidi M. Cilano, Augustus R. Southworth III* and *Leslie Gold McPadden,* in opposition.

Decided January 3, 2002